**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7700**

———————————

TONY L. HARRIS,

               Plaintiff - Appellant,

          v.

ARAMARK, Food Service Provider; B. J. BARNES, Sheriff;
OFFICER RAMSEY, Kitchen Supervisor; LIEUTENANT WATKINS,

               Defendants - Appellees.

———————————

**No. 11-7701**

———————————

TONY L. HARRIS,

               Plaintiff - Appellant,

          v.

B. J. BARNES, Sheriff; COUNTY COMMISSIONERS; CAPTAIN REID;
KENNETH WATKINS, Lieutenant; SAMI HASSAN, Dr.; RICHARD
CORNWALL, P.A.,

               Defendants - Appellees.

———————————

Appeals from the United States District Court for the Middle
District of North Carolina, at Greensboro. Catherine C. Eagles,
District Judge. (1:10-cv-00072-CCE-PTS; 1:10-cv-00228-CCE-PTS)

———————————

Submitted: March 29, 2012          Decided: April 3, 2012

———————————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tony L. Harris, Appellant Pro Se. Jonathan Arthur Berkelhammer, Thadeus Matthew Creech, SMITH MOORE, LLP, Greensboro, North Carolina; Stephen D. Martin, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Raleigh, North Carolina; Matthew Livingston Mason, GUILFORD COUNTY SHERIFF'S ATTORNEY, Greensboro, North Carolina; Steven Price Weaver, BROTHERTON, FORD, YEOMAN & BERRY, PLLC, Greensboro, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony L. Harris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaints and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Aramark, No. 1:10-cv-00072-CCE-PTS (M.D.N.C. Dec. 5, 2011); Harris v. Barnes, No. 1:10-cv-00228-CCE-PTS (M.D.N.C. Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED